**Order filed, April 04, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00057-CR
_____

**LUIS  ENRIQUE VELIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 2
Harris County, Texas
Trial Court Cause No. 1892229**

---

## ORDER

The reporter's record in this case was due **February 11, 2014**.  *See* Tex. R. App. P. 35.1.  On **February 07, 2014**, **Ida Garcia** filed a motion for extension of time to file the record which was granted until **March 12, 2014**. On **March 05, 2014**, **Ida Garcia** filed a second motion for extension of time to file the record which was granted until **March 19, 2014,** with no further extensions absent exceptional circumstances. On **March 14, 2014 Ida Garcia** attempted to file the reporter's record which was rejected because the exhibit volume was not

bookmarked properly. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Ida Garcia**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM